(Reap. Dec. 9502)

PLYWOOD & DOOR NORTHERN CORPORATION *v.* UNITED STATES

Entry No. 869056.

(Decided September 11, 1959)

*James Wilson Young* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-entitled appeal for reappraisement upon a stipulation on the basis of which I find that the proper basis for the determination of the value of the merchandise involved is export value, as defined in section 402(d), Tariff Act of 1930, and that such value, in each instance, is the value set forth in column "5" of schedule "A," attached hereto, packed.

Judgment will issue accordingly.

SCHEDULE A

| 1. Reappraisement No. | 2. Collector's No. | 3. Entry No. | 4. Date of export | 5. Value or price |
|---|---|---|---|---|
| R58/25282 | 10075 | 869056 | 1/7/57 | |

Birch plywood as follows:

BB/WG grade, ⅝" thick, 49" x 37" / 37" x 49" — Invoice unit value, net, less ocean freight and insurance

BB/WG grade, 1½₂" thick, 49" x 37" / 37" x 49" — $161.00 per 1,000 sq. feet, less ocean freight and insurance

BB grade ⅝" thick 48" x 36" — Invoice unit value, net, less ocean freight and insurance